1  DANIEL WATTS, SBN 277861
2  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
3  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
4  Chico, CA 95926
5  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
6  Email: usdcnorth@hubslaw.com, danielwatts@gmail.com

7  Attorneys for Plaintiff Christopher Kendrick

8

9  SHARONROSE CANNISTRACI, CSBN #121827
   Cannistraci Law Firm
10 16450 Los Gatos Blvd. Suite 110
   Los Gatos, CA  95032
11 Telephone Number: (408) 335-7368 x. 200
   Facsimile Number:  (408) 402-8362
12 E-Mail Address:  sharonrose@cannistracilaw.com

13 Attorney for Defendant BMB 2211 Moorpark, LLC

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                          San Jose Division
17

18 Christopher Kendrick,                )
19                                      )  No. CV1204089 LHK
           Plaintiff,                   )
20                                      )  **STIPULATION AND [PROPOSED]**
                                        )  **ORDER EXTENDING TIME FOR**
21     v.                               )  **FILING DEFENDANT BMB 2211**
                                        )  **MOORPARK, LLC'S RESPONSIVE**
22 Center for Independent Rehabilitative )  **PLEADING**
   Services, Inc.; BMB 2211 Moorpark,   )
23 LLC,                                 )
                                        )
24         Defendants.                  )
                                        )
25                                      )

26

27     **IT IS HEREBY STIPULATED** by the Parties, through their respective counsel,

28 that the time for Defendant BMB 2211 Moorpark, LLC to file a responsive pleading to

Kendrick v. Center for Independent Rehabilitative Services, Inc., et al. No. CV120489 LHK
Stipulated Order to Extend Time to Respond to Complaint
Page 1

1  the Complaint on file herein, otherwise due on September 14, 2012, shall be
2  extended to and including October 5, 2012. Good cause exists for the Court to grant
3  this Order as Defendant BMB 2211 Moorpark, LLC has just retained counsel who
4  needs additional time to respond to the Complaint.

Respectfully submitted,

DISABLED ADVOCACY GROUP, APLC

/s/ Daniel Watts
By DANIEL WATTS
Attorney for Plaintiff

Dated: September 7, 2012

Respectfully submitted,

CANNISTRACI LAW FIRM

By: /s/ Sharonrose Cannistraci
SHARONROSE CANNISTRACI
Attorney at Law

Dated: September 7, 2012

Attorney for Defendant BMB 2211 Moorpark, LLC

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for defendants to file their responsive pleading to the Complaint, on file herein, shall be extended to October 5, 2012.

Dated: September 13, 2013

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Court Judge

Kendrick v. Center for Independent Rehabilitative Services, Inc., et al. No. CV120489 LHK
Stipulated Order to Extend Time to Respond to Complaint
Page 2