1  DANIEL WATTS, SBN 277861
2  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
3  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
4  Chico, CA 95926
5  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
6  Email: usdcnorth@hubslaw.com, danielwatts@gmail.com

7  Attorneys for Plaintiff Christopher Kendrick

8
9  SHARONROSE CANNISTRACI, CSBN #121827
   Cannistraci Law Firm
10 16450 Los Gatos Blvd. Suite 110
   Los Gatos, CA  95032
11 Telephone Number: (408) 335-7368 x. 200
   Facsimile Number:  (408) 402-8362
12 E-Mail Address:  sharonrose@cannistracilaw.com

13 JOSE A. MONTALVO
   Law Offices of John A. Biard
14 215 Lennon Lane, Suite 200
   Walnut Creek, CA 94598
15 Telephone: (925) 944-3270
   Facsimile: (855) 668-5559

16 Attorneys for Defendant BMB 2211 Moorpark, LLC

17
18                    UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA
                              San Jose Division
20
   Christopher Kendrick,                )
21                                       )   No. CV1204089 LHK
            Plaintiff,                   )
22                                       )   **STIPULATION AND [PROPOSED]
                                         )   ORDER EXTENDING TIME FOR
23          v.                           )   FILING DEFENDANT BMB 2211
                                         )   MOORPARK, LLC'S RESPONSIVE
24 Center for Independent Rehabilitative )   PLEADING**
   Services, Inc.; BMB 2211 Moorpark,    )
25 LLC,                                  )
                                         )
26          Defendants.                  )
                                         )
27                                       )

28
   Kendrick v. Center for Independent Rehabilitative Services, Inc., et al. No. CV120489 LHK
   Stipulated Order to Extend Time to Respond to Complaint
                                    Page 1

1  **IT IS HEREBY STIPULATED** by the Parties, through their respective counsel, that the time for Defendant BMB 2211 Moorpark, LLC to file a responsive pleading to the Complaint on file herein, otherwise due on October 5, 2012, shall be extended to and including October 12, 2012. Good cause exists for the Court to grant this Order as Jose A. Montalvo, Esq. is associating in as counsel for Defendant BMB 2211 Moorpark, LLC and requires additional time to respond to the Complaint.

Respectfully submitted,

DISABLED ADVOCACY GROUP, APLC

/s/ Daniel Watts
By DANIEL WATTS
Attorney for Plaintiff

Dated: October 3, 2012

Respectfully submitted,

CANNISTRACI LAW FIRM

By: /s/ Sharonrose Cannistraci
SHARONROSE CANNISTRACI
Attorney at Law

Dated: October 3, 2012

Attorney for Defendant BMB 2211 Moorpark, LLC

Respectfully submitted,

LAW OFFICES OF JOHN A. BIARD

By: /s/ Jose A. Montalvo
JOSE A. MONTALVO
Attorney at Law

Dated: October 3, 2012

Attorney for Defendant BMB 2211 Moorpark, LLC

///

///

///

Kendrick v. Center for Independent Rehabilitative Services, Inc., et al. No. CV120489 LHK
Stipulated Order to Extend Time to Respond to Complaint
Page 2

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for Defendant BMB 2211 Moorpark, LLC to file a responsive pleading to the Complaint, on file herein, shall be extended to October 12, 2012.

Dated: October 9, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Court Judge

Kendrick v. Center for Independent Rehabilitative Services, Inc., et al. No. CV120489 LHK
Stipulated Order to Extend Time to Respond to Complaint
Page 3