DANIEL WATTS, SBN 277861
LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, LLC**
12 Williamsburg Lane
Chico, CA  95926
Telephone:  (530) 595-3252
Facsimile:   (530) 894-8244
Email:  usdcnorth@hubslaw.com, danielwatts@gmail.com

Attorneys for Plaintiff, Christopher Kendrick

**ROBERT P,. FORES, SBN 119235**
**FORES ■ MACKO**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)
Email:  rfores@foresmacko.com

Attorneys for Defendant
Center for Independent Rehabilitative Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| Christopher Kendrick, | Case No.  5:12-cv-04089-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING DEFENDANT CENTER FOR INDEPENDENT REHABILITATIVE SERVICE, INC.'S RESPONSIVE PLEADING** |
| vs. | |
| Center for Independent Rehabilitative Services, Inc.; BMB 2211 Moorpark, LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time for defendant CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC. to file a responsive pleading to the complaint on file herein, otherwise due on October 4, 2012, shall be extended to and including October 26, 2012.  Good cause exists for the

- 1 -

1  Court to grant this Order as defendant CENTER FOR REHABILITATIVE SERVICES, INC.
2  has just retained counsel who needs additional time to respond to the complaint.

3  DATED: October ___, 2012.            Respectfully submitted,
                                        DISABLED ADVOCACY GROUP, APLC
4
                                        /S/ DANIEL WATTS
5
                                        By_____
6                                           Daniel Watts, SBN 277861
                                            Attorneys for Plaintiff
7                                           CHRISTOPHER KENDRICK

8
   DATED: October ____, 2012.
9
                                        FORES ■ MACKO
10                                      A Professional Law Corporation

11                                      /S/ ROBERT P. FORES

12                                      By:_____
                                            Robert P. Fores, SBN 119235
13                                          Attorneys for Defendant
                                            CENTER FOR INDEPENDENT
14                                          REHABILITATIVE SERVICES, INC.

15

16
                                    **ORDER**
17
       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for defendant
18
   CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC. to file its responsive
19
   pleading to the complaint on file herein shall be extended to October 26, 2012.
20
   Dated: October 11, 2012
21
                                        _____
22                                      Honorable Lucy H. Koh
                                        United States District Court Judge
23

24

25

26

27

28

- 2 -

STIPULATION AND P~~ROPOSED~~ ORDER EXTENDING TIME FOR RESPONSIVE PLEADING