1  DANIEL WATTS, SBN 277861
   LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J. HUBBARD, IV, SBN 212970
   **DISABLED ADVOCACY GROUP, LLC**
3  12 Williamsburg Lane
   Chico, CA  95926
4  Telephone:  (530) 595-3252
   Facsimile:   (530) 894-8244
5  Email:  usdcnorth@hubslaw.com, danielwatts@gmail.com

6  Attorneys for Plaintiff, Christopher Kendrick

7

8  **ROBERT P,. FORES, SBN 119235**
   **FORES ■ MACKO**
9  A Professional Law Corporation
   1600 "G" Street, Suite 103
10 Modesto, CA 95354
   (209) 527-9899
11 (209) 527-2889 (Facsimile)
   Email:  rfores@foresmacko.com

12 Attorneys for Defendant
   Center for Independent Rehabilitative Services, Inc.
13

14

15                       UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17                              San Jose Division

18

19 | Christopher Kendrick, | Case No.  5:12-cv-04089-LHK |
   |---|---|
20 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING DEFENDANT CENTER FOR INDEPENDENT REHABILITATIVE SERVICE, INC.'S RESPONSIVE PLEADING** |
21 | vs. | |
22 | Center for Independent Rehabilitative Services, Inc.; BMB 2211 Moorpark, LLC, | |
23 | | |
24 | Defendants. | |

25         IT IS HEREBY STIPULATED by and between the parties, through their respective

26 counsel, that the time for defendant CENTER FOR INDEPENDENT REHABILITATIVE

27 SERVICES, INC. to file a responsive pleading to the complaint on file herein, otherwise due on

28 October 4, 2012, shall be extended to and including October 26, 2012.  Good cause exists for the

- 1 -

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR RESPONSIVE PLEADING

Court to grant this Order as defendant CENTER FOR REHABILITATIVE SERVICES, INC. has just retained counsel who needs additional time to respond to the complaint.

DATED: October ___, 2012.                    Respectfully submitted,
                                             DISABLED ADVOCACY GROUP, APLC

                                             /S/ DANIEL WATTS

                                             By_____
                                                Daniel Watts, SBN 277861
                                                Attorneys for Plaintiff
                                                CHRISTOPHER KENDRICK

DATED: October ____, 2012.

                                             FORES ■ MACKO
                                             A Professional Law Corporation

                                             /S/ ROBERT P. FORES

                                             By:_____
                                                Robert P. Fores, SBN 119235
                                                Attorneys for Defendant
                                                CENTER FOR INDEPENDENT
                                                REHABILITATIVE SERVICES, INC.

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for defendant CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC. to file its responsive pleading to the complaint on file herein shall be extended to October 26, 2012.

Dated: October 11, 2012

_____
Honorable Lucy H. Koh
United States District Court Judge

---

- 2 -

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR RESPONSIVE PLEADING