| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| 2 | SCOTTLYNN J. HUBBARD, IV, SBN 212970<br>**DISABLED ADVOCACY GROUP, LLC** |
| 3 | 12 Williamsburg Lane<br>Chico, CA 95926 |
| 4 | Telephone: (530) 595-3252<br>Facsimile: (530) 894-8244 |
| 5 | Email: usdcnorth@hubslaw.com |
| 6 | Attorneys for Plaintiff, Christopher Kendrick |

**ROBERT P,. FORES, SBN 119235**
**FORES ■ MACKO**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)
Email: rfores@foresmacko.com

Attorneys for Defendant
Center for Independent Rehabilitative Services, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| Christopher Kendrick,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Center for Independent Rehabilitative Services, Inc.; BMB 2211 Moorpark, LLC,<br><br>　　　　Defendants. | Case No. 5:12-cv-04089-LHK<br><br>**ADDITIONAL STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING DEFENDANT CENTER FOR INDEPENDENT REHABILITATIVE SERVICE, INC.'S RESPONSIVE PLEADING** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time for defendant CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC. to file a responsive pleading to the complaint on file herein, otherwise due on October 26, 2012, shall be extended to and including November 5, 2012. Good cause exists for the Court to grant this Order as defendant CENTER FOR REHABILITATIVE SERVICES, INC.

- 1 -

STIPULATION AND P~~ROPOSED~~ ORDER EXTENDING TIME FOR RESPONSIVE PLEADING

who is a tenant and has tendered the defense of this matter to the landlord pursuant to the terms and conditions of a lease agreement and is waiting to hear if that tender will be accepted.

DATED: October 25, 2012.  Respectfully submitted,

DISABLED ADVOCACY GROUP, APLC

/S/ LYNN HUBBARD, III

By_____
    Lynn Hubbard III, SBN 277861
    Attorneys for Plaintiff
    CHRISTOPHER KENDRICK

DATED: October 25, 2012.

FORES ■ MACKO
A Professional Law Corporation

/S/ ROBERT P. FORES

By:_____
    Robert P. Fores, SBN 119235
    Attorneys for Defendant
    CENTER FOR INDEPENDENT
    REHABILITATIVE SERVICES, INC.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for defendant CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC. to file its responsive pleading to the complaint on file herein shall be extended to November 5, 2012.

Dated: October 26, 2012

_____
Honorable Lucy H. Koh
United States District Court Judge