LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, LLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 595-3252
Facsimile: (530) 894-8244
Email: usdcnorth@hubslaw.com

Attorneys for Plaintiff, Christopher Kendrick


**ROBERT P,. FORES, SBN 119235**
**FORES ■ MACKO**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)
Email: rfores@foresmacko.com

Attorneys for Defendant
Center for Independent Rehabilitative Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| Christopher Kendrick, | Case No. 5:12-cv-04089-LHK |
| Plaintiff, | **ADDITIONAL STIPULATION AND [PROPOSED] ORDER EXTENDING** |
| vs. | **TIME FOR FILING DEFENDANT CENTER FOR INDEPENDENT** |
| Center for Independent Rehabilitative Services, Inc.; BMB 2211 Moorpark, LLC, | **REHABILITATIVE SERVICE, INC.'S RESPONSIVE PLEADING** |
| Defendants. | |

     IT IS HEREBY STIPULATED by and between the parties, through their respective

counsel, that the time for defendant CENTER FOR INDEPENDENT REHABILITATIVE

SERVICES, INC. to file a responsive pleading to the complaint on file herein, otherwise due on

October 26, 2012, shall be extended to and including November 5, 2012. Good cause exists for

the Court to grant this Order as defendant CENTER FOR REHABILITATIVE SERVICES, INC.

- 1 -

who is a tenant and has tendered the defense of this matter to the landlord pursuant to the terms

and conditions of a lease agreement and is waiting to hear if that tender will be accepted.

DATED:  October 25, 2012.                    Respectfully submitted,

DISABLED ADVOCACY GROUP, APLC

/S/  LYNN HUBBARD, III

By_____
          Lynn Hubbard III, SBN 277861
          Attorneys for Plaintiff
          CHRISTOPHER KENDRICK

DATED: October 25, 2012.

FORES ■ MACKO
A Professional Law Corporation

/S/  ROBERT P. FORES

By:_____
          Robert P. Fores,SBN 119235
          Attorneys for Defendant
          CENTER FOR INDEPENDENT
          REHABILITATIVE SERVICES, INC.

### <u>ORDER</u>

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for defendant

CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC. to file its responsive

pleading to the complaint on file herein shall be extended to November 5, 2012.

Dated:  October 26, 2012

_____
Honorable Lucy H. Koh
United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR RESPONSIVE PLEADING