LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, LLC**
12 Williamsburg Lane
Chico, CA  95926
Telephone:  (530) 595-3252
Facsimile:   (530) 894-8244
Email:  usdcnorth@hubslaw.com

Attorneys for Plaintiff, Christopher Kendrick

**ROBERT P,. FORES, SBN 119235**
**FORES ■ MACKO**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)
Email:  rfores@foresmacko.com

Attorneys for Defendant
Center for Independent Rehabilitative Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| Christopher Kendrick, | Case No.  5:12-cv-04089-LHK |
| Plaintiff, | **ADDITIONAL STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING DEFENDANT CENTER FOR INDEPENDENT REHABILITATIVE SERVICE, INC.'S RESPONSIVE PLEADING** |
| vs. | |
| Center for Independent Rehabilitative Services, Inc.; BMB 2211 Moorpark, LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time for defendant CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC. to file a responsive pleading to the complaint on file herein, otherwise due on October 26, 2012, shall be extended to and including November 14, 2012.  Defendants CENTER FOR REHABILITATIVE SERVICES, INC. and BMB 2211 MOORPARK, LLC require

- 1 -

1 additional time to investigate who is responsible for the alleged violations listed in Plaintiff's

2 Complaint.  Plaintiff and defendants also require additional time to explore settlement in this

3 matter.

4     Good cause exists for the Court to grant this Order as defendant CENTER FOR

5 REHABILITATIVE SERVICES, INC. who is a tenant and has tendered the defense of this

6 matter to the landlord pursuant to the terms and conditions of a lease agreement and is waiting to

7 hear if that tender will be accepted.

8 DATED:  November 5, 2012.                     Respectfully submitted,

9     DISABLED ADVOCACY GROUP, APLC

10

11     /S/  LYNN HUBBARD, III

12     By_____
        Lynn Hubbard III, SBN 277861
        Attorneys for Plaintiff
13         CHRISTOPHER KENDRICK

14

15 DATED: November 5, 2012.
    FORES ■ MACKO
16     A Professional Law Corporation

17     /S/  ROBERT P. FORES

18     By:_____
        Robert P. Fores, SBN 119235
19         Attorneys for Defendant
        CENTER FOR INDEPENDENT
20         REHABILITATIVE SERVICES, INC.

21

22

23 **ORDER**

24     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for defendant

25 CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC. to file its responsive

26 pleading to the complaint on file herein shall be extended to November 14, 2012.
   No further extensions will be granted.
27 Dated: November 6, 2012

    _____
28     Honorable Lucy H. Koh
    United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR RESPONSIVE PLEADING