LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, LLC**
12 Williamsburg Lane
Chico, CA  95926
Telephone:  (530) 595-3252
Facsimile:   (530) 894-8244
Email:  usdcnorth@hubslaw.com

Attorneys for Plaintiff, Christopher Kendrick

**ROBERT P,. FORES, SBN 119235**
**FORES ▪ MACKO**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)
Email:  rfores@foresmacko.com

Attorneys for Defendant
Center for Independent Rehabilitative Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

Christopher Kendrick,

          Plaintiff,

     vs.

Center for Independent Rehabilitative Services, Inc.; BMB 2211 Moorpark, LLC,

        Defendants.

Case No.  5:12-cv-04089-LHK

**ADDITIONAL STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING DEFENDANT CENTER FOR INDEPENDENT REHABILITATIVE SERVICE, INC.'S RESPONSIVE PLEADING**

IT IS HEREBY STIPULATED by and between the parties, through their respective

counsel, that the time for defendant CENTER FOR INDEPENDENT REHABILITATIVE

SERVICES, INC. to file a responsive pleading to the complaint on file herein, otherwise due on

October 26, 2012, shall be extended to and including November 14, 2012.  Defendants CENTER

FOR REHABILITATIVE SERVICES, INC. and BMB 2211 MOORPARK, LLC require

- 1 -

1  additional time to investigate who is responsible for the alleged violations listed in Plaintiff's

2  Complaint.  Plaintiff and defendants also require additional time to explore settlement in this

3  matter.

4       Good cause exists for the Court to grant this Order as defendant CENTER FOR

5  REHABILITATIVE SERVICES, INC. who is a tenant and has tendered the defense of this

6  matter to the landlord pursuant to the terms and conditions of a lease agreement and is waiting to

7  hear if that tender will be accepted.

8  DATED:  November 5, 2012.              Respectfully submitted,

9                                        DISABLED ADVOCACY GROUP, APLC

10

11                                       /S/  LYNN HUBBARD, III

12                                       By_____
                                            Lynn Hubbard III, SBN 277861
13                                          Attorneys for Plaintiff
                                            CHRISTOPHER KENDRICK
14
   DATED: November 5, 2012.
15                                       FORES ■ MACKO
                                         A Professional Law Corporation
16
                                         /S/  ROBERT P. FORES
17
                                         By:_____
18                                          Robert P. Fores, SBN 119235
                                            Attorneys for Defendant
19                                          CENTER FOR INDEPENDENT
                                            REHABILITATIVE SERVICES, INC.
20

21

22

23                                    **<u>ORDER</u>**

       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for defendant
24
   CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC. to file its responsive
25
   pleading to the complaint on file herein shall be extended to November 14, 2012.
26     No further extensions will be granted.
   Dated: November 6, 2012
27
                                         _____
28                                          Honorable Lucy H. Koh
                                            United States District Court Judge

- 2 -

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR RESPONSIVE PLEADING