1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
5  Email: usdcnorth@hubslaw.com

6
   Attorneys for Plaintiff Christopher Kendrick
7

8  SHARONROSE CANNISTRACI, CSBN #121827
   Cannistraci Law Firm
9  16450 Los Gatos Blvd. Suite 110
   Los Gatos, CA  95032
10 Telephone Number: (408) 335-7368 x. 200
   Facsimile Number:  (408) 402-8362
11 E-Mail Address:  sharonrose@cannistracilaw.com

12 JOSE A. MONTALVO
   Law Offices of John A. Biard
13 215 Lennon Lane, Suite 200
   Walnut Creek, CA 94598
14 Telephone: (925) 944-3270
   Facsimile: (855) 668-5559
15
   Attorneys for Defendant BMB 2211 Moorpark, LLC
16

17                UNITED STATES DISTRICT COURT
18                NORTHERN DISTRICT OF CALIFORNIA
19                     San Jose Division

20 Christopher Kendrick,           )
                                   ) No. CV1204089 LHK
21     Plaintiff,                  )
                                   ) **STIPULATION AND [PROPOSED]**
22 v.                              ) **ORDER EXTENDING TIME FOR**
                                   ) **COMPLETION OF JOINT**
23 Center for Independent Rehabilitative ) **INSPECTION**
   Services, Inc.; BMB 2211 Moorpark, )
24 LLC,                            )
25     Defendants.                 )
                                   )
26                                 )
27                                 )
28

*Kendrick v. Center for Independent Rehabilitative Services, Inc., et al.* No. CV120489 LHK
Stipulation and [Proposed] Order Extending Time for Completion of Joint Inspection

Page 1

**IT IS HEREBY STIPULATED** by the Parties, through their respective counsel, that the time for the parties to complete the joint site inspection pursuant to the Amended Scheduling Order, shall be extended to and including December 7, 2012. Good cause exists for the Court to grant this Order as Center for Independent Rehabilitative Services, Inc. recently entered an appearance in this matter on November 14, 2012.

Respectfully submitted,

DISABLED ADVOCACY GROUP, APLC

By: /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney at Law

Dated: November 16, 2012

Attorney for Plaintiff

Respectfully submitted,

CANNISTRACI LAW FIRM

By: /s/ Sharonrose Cannistraci
SHARONROSE CANNISTRACI
Attorney at Law

Dated: November 16, 2012

Attorney for Defendant BMB 2211 Moorpark, LLC

Respectfully submitted,

LAW OFFICES OF JOHN A. BIARD

By: /s/ Jose A. Montalvo
JOSE A. MONTALVO
Attorney at Law

Dated: November 16, 2012

Attorney for Defendant BMB 2211 Moorpark, LLC

///

///

*Kendrick v. Center for Independent Rehabilitative Services, Inc., et al.* No. CV120489 LHK
Stipulation and [Proposed] Order Extending Time for Completion of Joint Inspection
Page 2

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | FORES MACKO |
| 3 | |
| 4 | By: __/s/ Robert P. Fores__<br>ROBERT P. FORES<br>Attorney at Law |
| 5 | Dated: November 16, 2012 |
| 6 | Attorney for Defendant Center for Independent Rehabilitative Services, Inc. |

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for the parties to complete the joint site inspection shall be extended to December 7, 2012.

Dated: November 19, 2012

*/s/ Lucy H. Koh*
HON. LUCY H. KOH
United States District Court Judge

*Kendrick v. Center for Independent Rehabilitative Services, Inc., et al.* No. CV120489 LHK
Stipulation and [Proposed] Order Extending Time for Completion of Joint Inspection
Page 3