UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Kendrick,<br><br>    Plaintiff,<br><br>vs.<br><br>Center for Independent Rehabilitative Services, Inc., *et al.*,<br><br>    Defendants. | Case No. CV 12-04089 LHK<br><br>**[Proposed] Order Extending Time for Completion of In Person Settlement Meet and Confer** |

GOOD CAUSE APPEARING, the parties shall complete the in person meet and confer no later than January 15, 2013.

Dated: January 7, 2013

_____
Honorable Lucy H. Koh
United States District Court Judge