**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER KENDRICK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTER FOR INDEPENDENT<br>REHABILIATIVE SERVICES, INC; BMB<br>2211 MOORPARK, LLC,<br><br>　　　　　　Defendants. | Case No.: 5:12-cv-04089-LHK<br><br>ORDER TO FILE STIPULATION OF DISMISSAL |

On January 21, 2013, Plaintiff filed a notice indicating that the parties have reached a settlement.  ECF No. 36.  The parties are hereby ORDERED to file their stipulation of dismissal or a settlement status report by February 15, 2013.

**IT IS SO ORDERED.**

Dated: January 22, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No. 5:12-CV-04089-LHK
ORDER TO FILE STIPULATION OF DISMISSAL