UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER KENDRICK, | Case No.: 5:12-cv-04089-LHK |
| Plaintiff, | |
| v. | ORDER TO FILE STIPULATION OF DISMISSAL |
| CENTER FOR INDEPENDENT REHABILIATIVE SERVICES, INC; BMB 2211 MOORPARK, LLC, | |
| Defendants. | |

On January 21, 2013, Plaintiff filed a notice indicating that the parties have reached a settlement. ECF No. 36. The parties are hereby ORDERED to file their stipulation of dismissal or a settlement status report by February 15, 2013.

**IT IS SO ORDERED.**

Dated: January 22, 2012

_____
LUCY H. KOH
United States District Judge

1
Case No. 5:12-CV-04089-LHK
ORDER TO FILE STIPULATION OF DISMISSAL