Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile:  (530) 894-8244
Email: usdccentral@hubslaw.com

Attorneys for Plaintiff Christopher Kendrick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Christopher Kendrick, | Case No. 5:12-cv-04089-LHK |
|---|---|
| Plaintiff, | **Joint Stipulation and [Proposed] Order for Dismissal** |
| vs. | |
| Center for Independent Rehabilitative Services, Inc., *et al.*, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff Christopher Kendrick and defendants BMB 2211 Moorpark, LLC, and Center for Independent Rehabilitative Services, Inc., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  March 27, 2013          DISABLED ADVOCACY GROUP, APLC


                                */s/ Lynn Hubbard*
                                Lynn Hubbard III, Esq.
                                Attorney for Plaintiff Christopher Kendrick

| | | |
|---|---|---|
| Dated: March 27, 2013 | | FORES-MACKO |

                                              */s/ Robert P. Fores*
                                              Robert Philip Fores, Esq.
                                              Attorneys for Defendant Center for
                                              Independent Rehabilitative Services, Inc.,

Dated: March 27, 2013         CANNISTRACI LAW FIRM

                                              */s/ Sharonrose Cannistraci*
                                              Sharonrose Cannistraci, Esq.
                                              Attorney for Defendant BMB 2211 Moorpark, LLC

Dated: March 27, 2013         LAW OFFICES OF JOHN A. BIARD

                                              */s/ Jose A. Montalvo*
                                              Jose A. Montalvo, Esq.
                                              Attorney for Defendant BMB 2211 Moorpark, LLC

## **ORDER**

Pursuant to Stipulation, IT IS SO ORDERED that Plaintiff Christopher Kendrick's complaint is hereby dismissed with prejudice in its entirety. The Clerk shall close the file.

Dated:  April 9, 2013

                                      _____
                                      United States District Judge