Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile:  (530) 894-8244
Email: usdccentral@hubslaw.com

Attorneys for Plaintiff Christopher Kendrick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Christopher Kendrick, | ) | Case No. 5:12-cv-04089-LHK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **Joint Stipulation and [Proposed] Order for Dismissal** |
| Center for Independent Rehabilitative Services, Inc., *et al.*, | ) | |
| Defendants. | ) | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff Christopher Kendrick and defendants BMB 2211 Moorpark, LLC, and Center for Independent Rehabilitative Services, Inc., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  March 27, 2013         DISABLED ADVOCACY GROUP, APLC


                                */s/ Lynn Hubbard*
                                Lynn Hubbard III, Esq.
                                Attorney for Plaintiff Christopher Kendrick

*Kendrick v. Center for Independent Rehabilitative Services, Inc., et al.,*     Case No. 5:12-cv-04089-LHK
**Stipulation and [Proposed] Order for Dismissal**
- 1 -

Dated: March 27, 2013          FORES-MACKO

*/s/ Robert P. Fores*
Robert Philip Fores, Esq.
Attorneys for Defendant Center for
Independent Rehabilitative Services, Inc.,

Dated: March 27, 2013          CANNISTRACI LAW FIRM

*/s/ Sharonrose Cannistraci*
Sharonrose Cannistraci, Esq.
Attorney for Defendant BMB 2211 Moorpark, LLC

Dated: March 27, 2013          LAW OFFICES OF JOHN A. BIARD

*/s/ Jose A. Montalvo*
Jose A. Montalvo, Esq.
Attorney for Defendant BMB 2211 Moorpark, LLC

## **ORDER**

Pursuant to Stipulation, IT IS SO ORDERED that Plaintiff Christopher Kendrick's complaint is hereby dismissed with prejudice in its entirety. The Clerk shall close the file.

Dated:   April 9, 2013

_____
United States District Judge